AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi ▾

| | |
|---|---|
| Ricky Allen Carter, as Next Friend of BC, a Minor | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.   1:26cv89 TBM-BWR |
| Ocean Springs School District, et. al. | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Ocean Springs School District
> Superintendent, Michael Lindsey
> 2300 Government Street
> Ocean Springs, MS 39564

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Taylor F. Clark
> Van Cleave Law, P.A.
> 146 Porter Avenue
> Biloxi, MS 39530
> (228) 432-7826

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:    3/26/26

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi ▼

|  |  |
|---|---|
| Ricky Allen Carter, as Next Friend of BC, a Minor | ) ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.    1:26cv89 TBM-BWR |
| Ocean Springs School District, et. al. | ) ) ) |
| _____ *Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James Hawkins        or        wherever found
3325 Nottingham Rd.
Ocean Springs, MS 39564

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Taylor F. Clark
Van Cleave Law, P.A.
146 Porter Avenue
Biloxi, MS 39530
(228) 432-7826

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:    3/26/26    _____

_____
*Signature of Clerk or Deputy Clerk*